UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| H.L.N., | Case No. 2:18-cv-07992-CJC-SHK |
|---|---|
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| ANDREW M. SAUL, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' Joint Stipulation, the relevant records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge. The parties have not objected to the Magistrate Judge's R&R. Good cause appearing, the Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered **REVERSING** the final decision of the Commissioner and **REMANDING** the action for further proceedings.

DATED: 03/23/2020

HONORABLE CORMAC J. CARNEY
United States District Judge