JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.L.N., <br> Plaintiff, <br> v. <br> ANDREW M. SAUL, Commissioner of Social Security, <br> Defendant. | Case No. 2:18-cv-07992-CJC-SHK <br><br> JUDGMENT |

It is the judgment of this Court that the Commissioner of Social Security's decision is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with this Court's Order Accepting the Findings and Recommendation of the United States Magistrate Judge.

DATED: 03/23/2020

HONORABLE CORMAC J. CARNEY
United States District Judge